**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GUSTAVO GOMEZ-MORENO,<br>Petitioner,<br>v.<br>ACTING WARDEN, et al.,<br>Respondents. | No. 5:26-cv-04784-JFW-BFM<br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation have been filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition (ECF 1) is denied;
3. Judgment shall be entered consistent with this Order dismissing the action with prejudice; and
4. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: November 6, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE