JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GUSTAVO GOMEZ-MORENO,<br>Petitioner,<br>v.<br>ACTING WARDEN, et al.,<br>Respondents. | No. 5:26-cv-04784-JFW-BFM<br>**JUDGMENT** |

Pursuant to the Order Denying Petition (ECF 19), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied with prejudice. The Court directs the Clerk of Court to close this case.

DATED: November 6, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE